IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOAQUIN IRWIN FOY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 10-03333-CV-S-DW-H |
| MARTY C. ANDERSON, Warden, United States Medical Center for Federal Prisoners, | ) |
| Respondent. | ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Dean Whipple on 5/17/2011, that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; FURTHER ORDERED AND ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Dated: 5/18/2011

ANN THOMPSON
Court Executive

/s/J. Baldwin
By: Joella Baldwin, Deputy Clerk